1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  THOMAS W. MARONEY, ESQ.
   Nevada Bar No. 13913
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email: joshua.sliker@jacksonlewis.com
   Email: thomas.maroney@jacksonlewis.com
6
7  *Attorneys for Defendant*
   *Central Transport, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD STONE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL TRANSPORT, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | Case No.: 2:25-cv-01114-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Edward Stone ("Plaintiff"), by and through his counsel, Hatfield & Associates, Ltd., and Defendant Central Transport, LLC ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a 3-week extension up to and including **October 21, 2025**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant Central Transport, LLC was served with the Summons and Complaint on September 9, 2025, (ECF No. 1) making Defendant's response to Plaintiff's Complaint currently due on September 30, 2025.

2. Defendant's counsel is still in the process of investigating Plaintiff's allegations which include significant monetary damages, including, punitive damages.

3. The Parties have agreed to extend the deadline for Defendant to file its response to

Plaintiff's Complaint to **October 21, 2025**, to allow Defendant sufficient time to address the allegations within the Complaint.

4. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

5. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 30th day of September, 2025.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Trevor J. Hatfield* <br> Trevor J. Hatfield, Bar # 7373 <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Plaintiff* <br> *Edward Stone* | */s/ Thomas W. Maroney* <br> Joshua A. Sliker, Bar # 12493 <br> Thomas W. Maroney, Bar # 13913 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Central Transport, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
United States District/Magistrate Judge

Dated: 10-1-25

4906-2058-5325, v. 1