TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD STONE, an individual;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CENTRAL TRANSPORT, LLC, a Foreign Limited Liability Company;<br><br>　　　　Defendant. | Case No.: 2:25-cv-01114-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　COMES NOW, Plaintiff EDWARD STONE (hereinafter "Plaintiff"), by and through his counsel of record, and Defendant CENTRAL TRANSPORT, LLC (hereinafter "Defendant"), by and through its counsel, who do hereby stipulate and agree as follows:

　　1.　　Plaintiff filed his Complaint in this action on June 20, 2025. ECF No. 1.

　　2.　　On October 21, 2025, Defendant filed its Motion to Dismiss Plaintiff's Complaint. ECF No. 13.

　　3.　　On November 4, 2025, Plaintiff filed his Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint. ECF No. 14. Therein, Plaintiff indicated his intention to file an Amended Complaint pursuant to FRCP 15(a)(1)(B). *Id.* at p. 2. The deadline, as established by FRCP 15(a)(1)(B), for Plaintiff to file the Amended Complaint is today, November 12, 2025. *See* FRCP 15(a)(1)(B) (indicating that the deadline to file an amended complaint is 21 days after service of a motion under FRCP 12(b)).

　　4.　　On November 11, 2025, Defendant filed its Reply in Support of its Motion to Dismiss

1

Plaintiff's Complaint. ECF No. 15.

5. Plaintiff requires a one-week extension of time to file his Amended Complaint because Plaintiff's Counsel is undergoing a medical procedure and will require at least three (3) business days to recover.

6. Based on the foregoing, the Parties have agreed that Plaintiff shall have up to and including **November 19, 2025** to file his Amended Complaint.

7. The Parties have further agreed that Defendant shall have up to and including **December 5, 2025** to file its response to the Amended Complaint.

8. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the Parties' first request to extend the time to amend the complaint.

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case

Dated: November 12, 2025                                              Dated: November 12, 2025

**HATFIELD & ASSOCIATES**                                      **JACKSON LEWIS P.C.**

By: /s/ Trevor J. Hatfield                                              By: /s/ Thomas W. Maroney
TREVOR J. HATFIELD, ESQ. (SBN 7373)           THOMAS W. MARONEY, ESQ. (SBN 13913)
703 S. Eighth Street                                                    300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101                                         Las Vegas, Nevada 89101
*Attorney for Plaintiff*                                                 *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
United States District Court Judge /
United States Magistrate Judge

Dated: 11/17/25

2