UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Edward Stone, | Case No. 2:25-cv-01114-CDS-MDC |
| Plaintiff | **Order Denying as Moot Defendant's Motion to Dismiss** |
| v. | |
| Central Transport, LLC, | [ECF No. 13] |
| Defendant | |

This is an employment discrimination action brought by plaintiff Edward Stone against defendant Central Transport, LLC. *See* Compl., ECF No. 1. Pursuant to a previously approved joint stipulation (ECF No. 17), Stone filed an amended complaint (ECF No. 18) on November 19, 2025. Because the amended complaint has the effect of superseding the original complaint in its entirety, *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990), Central Transport's motion to dismiss the original complaint is moot. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (explaining because the defendants' motion to dismiss targeted the plaintiff's complaint, which was no longer in effect, it concluded that the motion to dismiss should have been deemed moot.). Accordingly, the defendant's motion to dismiss **[ECF No. 13]** is denied as moot.

Dated: November 25, 2025

_____
Cristina D. Silva
United States District Judge