TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD STONE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL TRANSPORT, LLC, a Foreign Limited Liability Company;<br><br>Defendant. | Case No.: 2:25-cv-01114-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff EDWARD STONE (hereinafter "Plaintiff"), by and through his counsel of record, and Defendant CENTRAL TRANSPORT, LLC (hereinafter "Defendant"), by and through its counsel, who do hereby stipulate and agree that as Plaintiff seeks to file a Second Amended Complaint the Parties have agreed that Plaintiff shall have up to and including **December 31, 2025** to file his Amended Complaint. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the Parties' first request to extend the time to amend the complaint a second time.

Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense,

///

///

1

1  objection, or right by any party in this case.

2  Dated: December 17, 2025                                     Dated: December 29, 2025

3  **HATFIELD & ASSOCIATES**                              **JACKSON LEWIS P.C.**

4  By: */s/ Trevor J. Hatfield*                                      By: */s/ Joshua A. Sliker*
5  TREVOR J. HATFIELD, ESQ. (SBN 7373)         JOSHUA A. SLIKER, ESQ. (SBN 12493)
   703 S. Eighth Street                                              300 S. Fourth Street, Suite 900
6  Las Vegas, Nevada 89101                                    Las Vegas, Nevada 89101
   *Attorney for Plaintiff*                                            *Attorneys for Defendant*

8  **ORDER**

9  **IT IS SO ORDERED, nunc pro tunc**

   _____
   United States Magistrate Judge

   Dated: 1-6-26

2