JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
*Attorneys for Defendant*
*Central Transport, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| EDWARD STONE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL TRANSPORT, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | Case No.: 2:25-cv-01114-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>(**FIRST REQUEST**) |

IT IS HEREBY STIPULATED by and between Plaintiff Edward Stone ("Plaintiff"), by and through his counsel, Hatfield & Associates, Ltd., and Defendant Central Transport, LLC ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a one (1) week up to and including **January 21, 2026**, in which to file its response to Plaintiff's Second Amended Complaint. This Stipulation is submitted and based upon the following:

1. Plaintiff filed his Complaint on June 20, 2025. ECF No. 1.

2. On October 21, 2025, Defendant Central Transport, LLC filed its Motion to Dismiss Plaintiff's Complaint. ECF No. 13.

3. On November 12, 2025, the Parties stipulated to allow Plaintiff to file a First Amended Complaint. ECF Nos. 16 and 17.

4. Plaintiff filed his First Amended Complaint on November 19, 2025. ECF No. 18.

5. On December 30, 2025, the Parties stipulated to allow Plaintiff to file a Second Amended Complaint. ECF Nos. 20 and 23.

6. Plaintiff filed his Second Amended Complaint on December 31, 2025 (ECF No. 21),

making Defendant's response thereto due on January 14, 2026.

7.    Due to Defendant's counsel's obligations in other matters, counsel has been delayed in completing Defendant's response. As such, Defendant requires additional time to complete it's response to Plaintiff's Second Amended Complaint.

8.    The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Second Amended Complaint to **January 21, 2026**.

9.    This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Second Amended Complaint.

10.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

11.    This Stipulation is made in good faith and not for the purpose of delay.

12.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 14th day of January, 2026.

HATFIELD & ASSOCIATES, LTD.            JACKSON LEWIS P.C.

*/s/ Trevor J. Hatfield*                         */s/ Joshua A. Sliker*
Trevor J. Hatfield, Bar # 7373            Joshua A. Sliker, Bar # 12493
703 South Eighth Street                     300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101                   Las Vegas, Nevada 89101

*Attorney for Plaintiff*                       *Attorneys for Defendant*
*Edward Stone*                                *Central Transport, LLC*

**ORDER**

IT IS SO ORDERED.

_____
United States District/Magistrate Judge

Dated: 1-15-26_____