TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD STONE an individual,<br><br>Plaintiff<br><br>v.<br><br>CENTRAL TRANSPORT, LLC, a Foreign Limited Liability Company;<br><br>Defendant | CASE NO:  2:25-cv-01114-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAITNIFF'S SECOND AMENDED COMPLAINT**<br>**(First Request)**<br><br>[ECF No. 30] |

COMES NOW, Plaintiff EDWARD STONE (hereinafter "Plaintiff"), by and through his counsel, and Defendant CENTRAL TRANSPORT, LLC. (hereinafter "Defendant"), by and through its counsel, who do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [ECF #28] and the time for Defendant to Reply to Plaintiff's Response to be adjusted accordingly.  This is the first stipulation for an extension of time to file a response to Defendant's motion.

The reason for this request is due to Plaintiff's counsel being on vacation out of country from January 26, 2026 through February 1, 2026.

///

///

///

Accordingly, the parties stipulate that Plaintiff's counsel shall have up to and including February 11, 2026 to respond to ECF #28.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1.

Dated this 3rd day of February, 2026.          Dated this 3rd day of February, 2026.

**HATFIELD & ASSOCIATES, LTD.**          **JACKSON LEWIS, P.C.**

*/s/ Trevor J. Hatfield*          */s/ Joshua A. Sliker*
By: _____          By:_____
Trevor J. Hatfield, Esq., SBN 7373          Joshua A. Sliker, Esq., SBN 12493
703 S. Eighth Street          300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101          Las Vegas, Nevada 89101
Tel.: (702) 388-4469          Tel.: (702) 921-2460
Fax:  (702) 386-9825          Email:  joshua.sliker@jacksonlewis.com
Email: thatfield@hatfieldlawassociates.com          *Attorney for Defendant*
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 4, 2026