TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| EDWARD STONE, an individual, | CASE NO:  2:25-cv-01114-CDS-MDC |
| Plaintiff | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAITNIFF'S SECOND AMENDED COMPLAINT (Second Request)** |
| v. | |
| CENTRAL TRANSPORT, LLC, a Foreign Limited Liability Company, | |
| Defendant | [ECF No. 32] |

COMES NOW, Plaintiff EDWARD STONE (hereinafter "Plaintiff"), by and through his counsel, and Defendant CENTRAL TRANSPORT, LLC. (hereinafter "Defendant"), by and through its counsel, who do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [ECF #28] and the time for Defendant to Reply to Plaintiff's Response to be adjusted accordingly. This is the second stipulation for an extension of time to file a response to Defendant's motion.

The reason for this request is because Plaintiff has requested an opportunity to review Plaintiff's counsel's response prior to it being filed but has been ill and has not been able to review the response.

Accordingly, the parties stipulate that Plaintiff shall have up to and including February 18, 2026 to respond to ECF #28.  This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1.

Dated this 10th day of February, 2026.          Dated this __ day of February, 2026.

**HATFIELD & ASSOCIATES, LTD.**          **JACKSON LEWIS, P.C.**

  */s/ Trevor J. Hatfield*                          */s/ Joshua A. Sliker*
By: _____     By:_____
Trevor J. Hatfield, Esq., SBN 7373          Joshua A. Sliker, Esq., SBN 12493
703 S. Eighth Street                               300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101                       Las Vegas, Nevada 89101
Tel.: (702) 388-4469                              Tel.: (702) 921-2460
Fax:  (702) 386-9825                             Email:  joshua.sliker@jacksonlewis.com
Email: thatfield@hatfieldlawassociates.com   *Attorney for Defendant*
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 13, 2026

2